Joseph E. FITZGERALD, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3273.

United States Court of Appeals, Federal Circuit.

June 15, 2005.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36